1028

[No. 33994-0-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS
WENDEL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-05880-4, Carol A. Schapira, J., entered
December 20, 1993. *Affirmed in part* and *remanded* by un-
published per curiam opinion.

[Nos. 34122-7-I; 34123-5-I;   Division One.   January 22, 1996.]
34174-0-I.

WILLIAM W. MULVANEY, *Respondent*, v. FIBREBOARD
CORPORATION, ET AL., *Defendants*, OWENS-CORNING
FIBERGLAS CORPORATION, ET AL., *Appellants*.

PHYLLIS B. MORRIS, *Individually and c 3 Personal
Representative, Respondent*, v. FIBREBOARD
CORPORATION, ET AL., *Defendants*, OWENS-CORNING
FIBERGLAS CORPORATION, ET AL., *Appellants*.

WAYNE J. NETTEKOVEN, ET AL., *Respondents*, v.
FIBREBOARD CORPORATION, ET AL., *Defendants*,
OWENS-CORNING FIBERGLAS CORPORATION, ET AL.,
*Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 90-2-14890-4, Robert S. Lasnik, J., entered
January 10, 1994. *Affirmed in part* and *reversed in part* by
unpublished opinion per Webster, J., concurred in by
Coleman and Agid, JJ.

[No. 34213-4-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID N.
MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05253-3, James A. Noe, J., entered Feb-
ruary 22, 1994. *Affirmed* by unpublished per curiam
opinion.